IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 21-cv-02528-CNS-JPO | Date: June 6, 2024 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sadie Herbert |

| *Parties* | *Counsel* |
|---|---|
| BOWEN BANBURY<br>LANA BANBURY<br>**Plaintiffs** | *Kelly Politte* |
| v. | |
| USA<br>**Defendant** | *Robert Bombard* |

### COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session: 1:30 p.m.

Appearance of counsel. Also present at the plaintiffs' table is Katelin Edwards.

Argument as to [46] United States' Motion for Summary Judgment given by Mr. Bombard and Ms. Politte with questions from the Court.

As outlined on the record, it is

**ORDERED:** **[46] United States' Motion for Summary Judgment is DENIED.**

**Parties are to confer on trial dates given and submit email to chambers after conferral as to which four-day trial date is selected by June 11, 2024.**

**Parties are to submit a proposed pretrial order by August 9, 2024. Pretrial Conference is VACATED.**

**Settlement conference with a magistrate judge is authorized.**

**ORDERED:   If parties choose to attend mediation, a joint status report is due within ten days of completion.**

Court in Recess:  2:50 p.m.            Hearing concluded.            Total time in Court:  01:20